Elizabeth Roberts, appellant, v. Wm. D. Meyering, Sheriff, and Clifford Share, appellees. Gen. No. 35,566.

Opinion filed June 15, 1932.

Ralph J. Beckler, for appellant. Nicholas J. Mascha, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

G. Friedman, trading as Safeway Finance Company, appellee, v. Clark Street Garage, appellant. Gen. No. 35,575.

Opinion filed June 15, 1932.

A. H. Patek, for appellant. Walter A. Myer and Hoffman & Jaffe, for appellee; Philip D. Hoffman, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Hardy-Ryan Abstract Company, defendant in error, v. Frank L. Hume, plaintiff in error. Gen. No. 35,650.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Hume & Kennedy, for plaintiff in error. Lucius, Buehler & Lucius, for defendant in error; Albert E. Lucius and Philip Horton Newman, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Ruth Kanief, appellee, v. Paul William Kanief, appellant. Gen. No. 35,656.

Opinion filed June 15, 1932.

Myer H. Gladstone, for appellant. I. Archer Levin, for appellee.

Mr. Justice Wilson delivered the opinion of the court.